Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone:(949) 442-1500
Facsimile: (949) 442-1515

Attorneys for
Nexon America Inc.
Nexon Korea Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No.<br><br>**MOTION TO QUASH SUBPOENA BY NON-PARTY NEXON AMERICA INC.** |
|---|---|

Pursuant to Fed. R. Civ. P. 45(d)(3), non-party Nexon America, Inc. hereby moves to quash the subpoena duces tecum dated January 20, 2023. A memorandum of points and authorities in support of this motion is attached.

DATED: February 21, 2023

Michael W. Ellison
SMITH ♦ ELLISON

By   /S/   MICHAEL W. ELLISON
        Michael W. Ellison
Attorneys for Nexon America Inc.