Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone: (949) 442-1500
Facsimile: (949) 442-1515

Attorneys for
Nexon America Inc.
Nexon Korea Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | Case No.<br><br>**AMENDED MOTION TO QUASH SUBPOENA BY NON-PARTY NEXON AMERICA INC.** |

Pursuant to Fed. R. Civ. P. 45(d)(3), non-party Nexon America, Inc. hereby moves to quash the subpoena duces tecum dated January 20, 2023. A memorandum of points and authorities in support of this motion is attached.

DATED: February 21, 2023

                                                             Michael W. Ellison
                                                             SMITH ♦ ELLISON

                                           By   /S/  MICHAEL W. ELLISON
                                                        Michael W. Ellison
                                        Attorneys for Nexon America Inc.

**CERTIFICATE OF SERVICE**

1. I am employed with the law firm of Smith ♦ Ellison, whose address is 2151 Michelson Drive, Suite 185, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years.

2. I hereby certify that on this 21st day of February 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**AMENDED MOTION TO QUASH SUBPOENA BY NON-PARTY NEXON AMERICA INC.**

3. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. On this 21st day of February 2023, I caused for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described above will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing on any of the following non-CM/ECF participants:

**SEE BELOW SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 21st day of February 2023, at Irvine, California.

/S/   Kathleen Higuera
Kathleen Higuera

| | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nic V. Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>steigolson@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>charliestevens@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>Tyre L. Tindall, WSBA #56357<br>WILSON SONSINI GOODRICH &<br>ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>sjensen@wsgr.com<br>ttindall@wsgr.com<br><br>Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com<br><br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Leona Bridget Ajavon (*pro hac vice)*<br>Kyle J. Pozan (*pro hac vice)*<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>*Interim Co-Lead Counsel* |

| | | |
|---|---|---|
| 1 | David Golden (*pro hac vice*) | Gavin W. Skok, WSBA #29766 |
| 2 | Justin Fore (*pro hac vice*) | FOX ROTHSCHILD LLP |
| | CONSTANTINE CANNON LLP | 1001 Fourth Avenue, Suite 4400 |
| 3 | 1001 Pennsylvania Ave., 22nd | Seattle, WA 98154 |
| 4 | Floor | gskok@foxrothschild.com |
| | Washington, D.C. 20004 | |
| 5 | dgolden@constantinecannon.com | Kristen Ward Broz |
| | | FOX ROTHSCHILD LLP |
| 6 | A. Owen Glist (*pro hac vice*) | 2020 K. St. NW, Ste. 500 |
| 7 | Ankur Kapoor (*pro hac vice*) | Washington, DC 20006 |
| 8 | Jeffrey I. Shinder (*pro hac vice*) | kbroz@foxrothschild.com |
| | CONSTANTINE CANNON LLP | |
| 9 | 335 Madison Avenue, 9th Floor | Nathan M. Buchter |
| 10 | New York, NY 10017 | FOX ROTHSCHILD LLP |
| | oglist@constantinecannon.com | 2000 Market Street, 20th Floor |
| 11 | | Philadelphia, PA 19103 |
| 12 | Kenneth J. Rubin (*pro hac vice*) | nbuchter@foxrothschild.com |
| | Timothy B. McGranor (*pro hac vice*) | |
| 13 | | Charles B. Casper (*pro hac vice*) |
| 14 | Kara M. Mundy (*pro hac vice*) | Peter Breslauer (*pro hac vice*) |
| | Douglas R. Matthews, (*pro hac vice*) | Robert E. Day (*pro hac vice*) |
| 15 | | Jessica Rizzo (*pro hac vice*) |
| 16 | VORYS, SATER, SEYMOUR | MONTGOMERY McCRACKEN |
| | AND PEASE LLP | WALKER |
| 17 | 52 East Gay Street | & RHOADS LLP |
| 18 | Columbus, Ohio 43215 | 1735 Market Street, 21st Floor |
| | kjrubin@vorys.com | Philadelphia, PA 19103 |
| 19 | tbmcgranor@vorys.com | ccasper@mmwr.com |
| 20 | kmmundy@vorys.com | pbreslauer@mmwr.com |
| | | rday@mmwr.com |
| 21 | Thomas N. McCormick (*pro hac vice*) | jrizzo@mmwr.com |
| 22 | VORYS, SATER, SEYMOUR | |
| 23 | AND PEASE LLP | |
| 24 | 4675 MacArthur Court, Suite 700 | |
| | Newport Beach, California 92660 | |
| 25 | tnmccormick@vorys.com | |