# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | Misc. 23-22 AB (MRWx) | Date | February 24, 2023 |
|---|---|---|---|
| Title | Wolfire Games v. Valve Corp. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Movant: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:**    ORDER RE: VIDEO STATUS CONFERENCE

    1.    This is a motion to quash a subpoena issued in a federal civil action arising from the Western District of Washington. The matter has been assigned to Magistrate Judge Wilner for consideration.

    2.    Judge Wilner would value a discussion and planning session with the lawyers before setting a briefing schedule. Based on a preliminary review of the motion, the Court is aware that moving party Nexon believes that Valve may have issued similar subpoenas – that may be similarly overbroad and burdensome, as Nexon contends – to other video game developers. (Docket # 2 at 8.)

    3.    If so, that raises considerable questions about the propriety of venue of the action in this district under Federal Rule of Civil Procedure 45(f). Directly put, Nexon and Valve may be better served by transferring this quashal action to Seattle for Judge Coughenour's consideration in the broader context of discovery in the underlying antitrust action.

    4.    The matter will therefore be set for a video conference on Friday, March 3, at 9:30 a.m. PT. At that hearing, counsel for Valve will be prepared to provide the Court with information regarding other recipients of subpoenas similar to Nexon.

    5.    Counsel for Nexon is directed to immediately serve a copy of this order on the interested parties in the underlying Wolfire action. Any party wishing to attend the March 3 hearing must contact Judge Wilner's clerk and file a notice of appearance on the docket.