Michael W. Ellison, Esq. (SBN 145832)
mellison@sehlaw.com
SMITH ♦ ELLISON
A Professional Corporation
2151 Michelson Drive
Suite 185
Irvine, California 92612
Telephone:     (949) 442-1500
Facsimile:     (949) 442-1515

Jared L. Cherry (Pro Hac Vice Application Forthcoming)
jared@pcfblaw.com
PCFB, LLC
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107
Telephone:     (801) 935-4932
Facsimile:     (801) 935-4936

Attorneys for Nexon America Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WOLFIRE GAMES, LLC, SEAN COLVIN, SUSANN DAVIS, DANIEL ESCOBAR, WILLIAM HERBERT, RYAN LALLY, HOPE MARCHIONDA, EVERETT STEPHENS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:23-mc-AB (MRWx)<br><br>**CERTIFICATE OF SERVICE** |

1.     I am employed with the law firm of Smith ♦ Ellison, whose address is 2151 Michelson Drive, Suite 185, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years and I am readily familiar with Smith ♦ Ellison's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing.

cert of service caption.pos.docx

1  |  2.  I further declare that on the date hereof I served a copy of the

2  |  following document(s):

3  |  **NOTICE OF ASSIGNMENT OF UNITED STATES DISTRICT JUDGE**

5  |  **AND**

6  |  **ORDER RE VIDEO STATUS CONFERENCE**

7  |  on the following by placing a true copy thereof enclosed in a sealed envelope

8  |  addressed as follows for collection and mailing at Smith ♦ Ellison, 2151 Michelson

9  |  Drive, Suite 185, Irvine, California 92612, in accordance with Smith ♦ Ellison's

10 |  ordinary business practices:

11 |  I declare under penalty of perjury under the laws of the United States of

12 |  America that the above is true and correct.

13 |  Executed this 28th day of February 2023, at Irvine, California.

/S/   Kathleen Higuera
Kathleen Higuera