Name and address:

Jared L. Cherry
jared@PCFBlaw.com
PCFB Attorneys at Law
4001 South 700 East, Suite 500
Salt Lake City, Utah 84107

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wolfire Games, LLC, Sean Colvin, Susann Davis, Daniel Escobar, William Herbert, Ryan Lally, Hope Marchionda, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Valve Corporation<br><br>Defendant(s), | CASE NUMBER<br><br>2:23-mc-00022 AB (MRWx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Cherry, Jared L.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*          *check here if federal government attorney* ☐

PCFB Attorneys at Law
_____
*Firm/Agency Name*

| 4001 South 700 East, Suite 500 | 801-935-4932 | 801-935-4936 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Salt Lake City, Utah 84107 | jared@PCFBlaw.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Nexon America Inc. | ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| Nexon Korea Corporation | ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Utah Supreme Court | 10/30/2007 | Yes |
| U.S. District Court for the District of Utah | 10/30/2007 | Yes |
| Michigan Supreme Court | 7/19/2016 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:21-cv-00886 | Nexon v. GK et al. | 6/7/2021 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  02/27/2023

Jared L. Cherry

*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Ellison, Michael
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

Smith Ellison
_____
*Firm/Agency Name*

2151 Michelson Drive                                    949-442-1500                          949-442-1515
_____          _____          _____
Suite 185                                              *Telephone Number*                   *Fax Number*
_____
*Street Address*                                       mellison@sehlaw.com
                                                       _____
Irvine, CA 92612                                       *Email Address*
_____
*City, State, Zip Code*                                        145832
                                                       _____
                                                       *Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated   02/28/23                                       Michael W. Ellison
       _____                        _____
                                                       *Designee's Name (please type or print)*

                                                       _____
                                                       *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# EXHIBIT A

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/27/2023

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Jared L Cherry

This is to certify that Jared L Cherry, Utah State Bar No. 11534 was admitted to practice law in Utah on 10/30/2007.

Jared L  Cherry is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2023 -1009005
verify by email at cogsrequest@utahbar.org

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Jared L. Cherry, P80800 of Salt Lake City, Utah is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on July 07, 2016 in Wayne County and became a member of the State Bar of Michigan on July 19, 2016.



Peter W. Cunningham, Executive Director
February 28, 2023

## CERTIFICATE OF SERVICE

1.   I am employed with the law firm of Smith ♦ Ellison, whose address is 2151 Michelson Drive, Suite 185, Irvine, California 92612; I am not a party to the cause; I am over the age of eighteen years.

2.   I hereby certify that on this 2nd day of March 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**APPLICATION  OF  NON-RESIDENT  ATTORNEY  TO APPEAR  IN  A  SPECIFIC  CASE *PRO HAC VICE***

**And**

**(PROPOSED)  ORDER  ON  APPLICATION  TO  APPEAR IN  A  SPECIFIC  CASE *PRO HAC VICE***

3.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  On this 2nd day of March 2023, I caused for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Smith ♦ Ellison's business practice the document described above will be deposited with the United States Postal Service on the same date that it is placed at Smith ♦ Ellison with postage thereon fully prepaid for collection and mailing on any of the following non-CM/ECF participants:

**SEE BELOW SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 2nd day of March 2023, at Irvine, California.

/S/   Kathleen Higuera
Kathleen Higuera

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

| | |
|---|---|
| Alicia Cobb, WSBA #48685<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>1109 First Avenue, Suite 210<br>Seattle, Washington 98101<br>aliciacobb@quinnemanuel.com<br><br>Steig D. Olson (*pro hac vice*)<br>David LeRay (*pro hac vice*)<br>Nic V. Siebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010<br>steigolson@quinnemanuel.com<br><br>Adam Wolfson (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>adamwolfson@quinnemanuel.com<br><br>Charles Stevens (*pro hac vice*)<br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>charliestevens@quinnemanuel.com | Stephanie L. Jensen, WSBA #42042<br>Tyre L. Tindall, WSBA #56357<br>WILSON SONSINI GOODRICH &<br>ROSATI P.C.<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>sjensen@wsgr.com<br>ttindall@wsgr.com<br><br>Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>WILSON SONSINI GOODRICH &<br>ROSATI, P.C.<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>korourke@wsgr.com<br>ssher@wsgr.com<br>allison.smith@wsgr.com<br><br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Leona Bridget Ajavon (*pro hac vice)*<br>Kyle J. Pozan (*pro hac vice)*<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>wjbruckner@locklaw.com<br>jcbourne@locklaw.com<br>*Interim Co-Lead Counsel* |

22

23

24

25

26

27

28

certificate of service.pos.docx

David Golden (*pro hac vic*e)
Justin Fore (*pro hac vice)*
CONSTANTINE CANNON LLP
1001 Pennsylvania Ave., 22nd
Floor
Washington, D.C. 20004
dgolden@constantinecannon.com

A. Owen Glist (*pro hac vice*)
Ankur Kapoor (*pro hac vice*)
Jeffrey I. Shinder (*pro hac vice*)
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, NY 10017
oglist@constantinecannon.com

Kenneth J. Rubin (*pro hac vice*)
Timothy B. McGranor (*pro hac vice*)
Kara M. Mundy (*pro hac vice*)
Douglas R. Matthews, (*pro hac vice*)
VORYS, SATER, SEYMOUR
AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
kjrubin@vorys.com
tbmcgranor@vorys.com
kmmundy@vorys.com

Thomas N. McCormick (*pro hac vice*)
VORYS, SATER, SEYMOUR
AND PEASE LLP
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
tnmccormick@vorys.com

Gavin W. Skok, WSBA #29766
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
gskok@foxrothschild.com

Kristen Ward Broz
FOX ROTHSCHILD LLP
2020 K. St. NW, Ste. 500
Washington, DC 20006
kbroz@foxrothschild.com

Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
nbuchter@foxrothschild.com

Charles B. Casper (*pro hac vice)*
Peter Breslauer (*pro hac vice*)
Robert E. Day (*pro hac vice*)
Jessica Rizzo (*pro hac vice*)
MONTGOMERY McCRACKEN
WALKER
& RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
ccasper@mmwr.com
pbreslauer@mmwr.com
rday@mmwr.com
jrizzo@mmwr.com

certificate of service.pos.docx