Jared L. Cherry
jared@PCFBlaw.com
PCFB Attorneys at Law
4001 South 700 East, Suite 500
Salt Lake City, UT 84107

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WOLFIRE GAMES, LLC, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-mc-00022 AB (MRWx) |
| v. | |
| VALVE CORPORATION | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cherry, Jared L. of
*Applicant's Name (Last Name, First Name & Middle Initial)*

PCFB Attorneys at Law
4001 South 700 East, Suite 500
Salt Lake City, UT 84107
*Firm/Agency Name & Address*

(801) 934-4932    (801) 935-4936
*Telephone Number*    *Fax Number*

jared@PCFBlaw.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Nexon America Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ Other: Subpoenaed Party

**and designating as Local Counsel**

Ellison, Michael W. of
*Designee's Name (Last Name, First Name & Middle Initial)*

Smith Ellison
2151 Michelson Drive
Suite 185
Irvine, CA 92612
*Firm/Agency Name & Address*

145832    (949) 442-1500    (949) 442-1515
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

mellison@sehlaw.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge