Jared L. Cherry
jared@PCFBlaw.com
PCFB Attorneys at Law
4001 South 700 East, Suite 500
Salt Lake City, UT 84107

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOLFIRE GAMES, LLC, et al.<br><br>Plaintiff(s)<br>v.<br>VALVE CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>2:23-mc-00022 AB (MRWx)<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cherry, Jared L.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(801) 934-4932        (801) 935-4936
*Telephone Number*    *Fax Number*
jared@PCFBlaw.com
*E-Mail Address*

of  PCFB Attorneys at Law
    4001 South 700 East, Suite 500
    Salt Lake City, UT 84107
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Nexon America Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Subpoenaed Party

**and designating as Local Counsel**

Ellison, Michael W.
*Designee's Name (Last Name, First Name & Middle Initial)*
145832           (949) 442-1500        (949) 442-1515
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

*E-Mail Address*

of  Smith Ellison
    2151 Michelson Drive
    Suite 185
    Irvine, CA 92612
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated: March 8, 2023**

*U.S. District Judge/U.S. Magistrate Judge*