# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
|  | 2:23–mc–00022–AB–MRW |
| v. | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  ___3/2/2023___

Document No.:  ___10___

Title of Document:  __ Notice of Appearance or Withdrawal of Counsel G123. __

**ERROR(S) WITH DOCUMENT:**

Pro Hac Vice Application not efiled.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ March 14, 2023 _                     By: _ /s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov _
                                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**