UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 23-22 AB (MRWx) | Date | March 17, 2023 |
|---|---|---|---|
| Title | Wolfire Games v. Valve Corp. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| James Muñoz | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Movant: | | Attorneys for Respondent: |
| n/a | | n/a |

**Proceedings:**   ORDER RE: STATUS CONFERENCE

1.      The parties informally notified the Court that they are still discussing the status of the subpoena and quashal motion.  Their request to continue those discussions is approved – with my good wishes for success.

2.      However, owing to the pendency of the action on the docket, the parties will be required to appear for a hearing to inform the Court about the status of their discussions.  That hearing will be on Wednesday, April 5, at 11:30 a.m.

3.      Lead local counsel for Valve and Nexon will appear in person.  Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles.  Any other interested / non-local party may appear by video.  Please contact the Clerk in advance of the hearing for instructions.

4.      The hearing will be cancelled and the matter closed if the parties inform the Court by noon on March 31 that the dispute has been resolved.


cc:     U.S. District Judge Coughenour