UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | Misc. 23-22 AB (MRWx) | Date | March 31, 2023 |
|---|---|---|---|
| Title | Wolfire Games v. Valve Corp. | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Movant: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:**   ORDER RE: STATUS CONFERENCE

    1.   The parties informally notified the Court that they have made progress toward an agreement regarding the subpoena and the moving party's potential response to it.  They have jointly requested another continuance of the status conference in the action.

    2.   The request will be granted.  The April 5 hearing is VACATED and CONTINUED to April 24 at 10 a.m. PT.  As before, lead local counsel for Valve and Nexon will appear in person.  Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles.  Any other interested / non-local party may appear by video.  Please contact the Clerk in advance of the hearing for instructions.

    3.   The hearing will be cancelled and the matter closed if the parties inform the Court by noon on April 14 that the dispute has been resolved.

cc:   U.S. District Judge Coughenour