Name and address:
Meeghan H. Tirtasaputra (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wolfire Games, LLC et al.

Plaintiff(s),

v.

Valve Corporation

Defendant(s),

CASE NUMBER

2:23-mc-00022-AB-MRW

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**
*PRO HAC VICE*

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Peter Breslauer
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

Montgomery McCracken Walker & Rhoads LLP
*Firm/Agency Name*

1735 Market St., Fl. 21                       (215) 772-7271                     (215) 731-3733
                                              *Telephone Number*                 *Fax Number*
*Street Address*

Philadelphia, PA 19103-7505                            pbreslauer@mmwr.com
*City, State, Zip Code*                                *E-mail Address*

**I have been retained to represent the following parties:**

Valve Corporation                     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*
                                      ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Pennsylvania | 12/17/1992 | Yes |
| U.S.D.C. Eastern District of Pennsylvania | 2/24/1993 | Yes |
| U.S.C.A. for the Third Circuit | 9/28/2006 | Yes |

G-64 (09/20)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 20, 2023

Peter Breslauer
*Applicant's Name (please type or print)*

/s/ Peter Breslauer
*Applicant's Signature*

SECTION III - DESIGNATION OF LOCAL COUNSEL

Meeghan H. Tirtasaputra
*Designee's Name (Last Name, First Name & Middle Initial)*

Fox Rothschild LLP
*Firm/Agency Name*

10250 Constellation Blvd., Suite 900
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(424) 285-7080
*Telephone Number*

(310) 556-9828
*Fax Number*

mtirtasaputra@foxrothschild.com
*Email Address*

325572
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated April 20, 2023

Meeghan H. Tirtasaputra
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Court Admissions

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| U.S.C.A. for the Second Circuit | 7/27/2016 | Yes |
| U.S. Court of International Trade | 9/6/2020 | Yes |



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Peter S. Breslauer, Esq.*

**DATE OF ADMISSION**

*December 17, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 2, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

Meeghan H. Tirtasaputra (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wolfire Games, LLC et al.<br><br>v.<br><br>Valve Corporation<br><br>Plaintiff(s) / Defendant(s). | **CASE NUMBER**<br>2:23-mc-00022-AB-MRW<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Breslauer, Peter
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 772-7271
*Telephone Number*

(215) 731-3733
*Fax Number*

pbreslauer@mmwr.com
*E-Mail Address*

Montgomery McCracken Walker & Rhoads LLP
1735 Market St., Fl. 21
Philadelphia, PA 19103-7505
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Valve Corporation

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Tirtasaputra, Meeghan H.
*Designee's Name (Last Name, First Name & Middle Initial)*

325572
*Designee's Cal. Bar No.*

(424) 285-7080
*Telephone Number*

(310) 556-9828
*Fax Number*

MTirtasaputra@FoxRothschild.com
*E-Mail Address*

FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1