Meeghan H. Tirtasaputra (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wolfire Games, LLC et al.

Plaintiff(s)

v.

Valve Corporation

Defendant(s).

**CASE NUMBER**

2:23-mc-00022-AB-MRW

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Breslauer, Peter   of   Montgomery McCracken Walker & Rhoads LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1735 Market St., Fl. 21
(215) 772-7271   (215) 731-3733   Philadelphia, PA 19103-7505
*Telephone Number*   *Fax Number*
pbreslauer@mmwr.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Valve Corporation

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**
Tirtasaputra, Meeghan H.   of   FOX ROTHSCHILD LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   10250 Constellation Blvd, Ste. 900
325572   (424) 285-7080   (310) 556-9828   Los Angeles, CA 90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
MTirtasaputra@FoxRothschild.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
**U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1