UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MC23-22 AB (MRWx) | Date | April 24, 2023 |
|---|---|---|---|
| Title | Wolfire Games, LLC et al. v. Valve Corporation | | |

Present: The Honorable   Michael R. Wilner, United States Magistrate Judge

| James Muñoz | CS 04/24/23 |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

Attorneys Present for Movants:

Jared Cherry
Michael Ellison
Meeghan Tirtasaputra
Peter Breslauer

**Proceedings:**   **STATUS CONFERENCE**

Case called. Counsel make their appearance.

Status conference held as stated on the record.

:26
JM