Meeghan H. Tirtasaputra (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Wolfire Games, LLC et al.

Plaintiff(s)

v.

Valve Corporation

Defendant(s).

CASE NUMBER

2:23-mc-00022-AB-MRW

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Breslauer, Peter
*Applicant's Name (Last Name, First Name & Middle Initial)*

(215) 772-7271
*Telephone Number*

(215) 731-3733
*Fax Number*

pbreslauer@mmwr.com
*E-Mail Address*

of

Montgomery McCracken Walker & Rhoads LLP
1735 Market St., Fl. 21
Philadelphia, PA 19103-7505

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Valve Corporation

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Tirtasaputra, Meeghan H.
*Designee's Name (Last Name, First Name & Middle Initial)*

325572
*Designee's Cal. Bar No.*

(424) 285-7080
*Telephone Number*

(310) 556-9828
*Fax Number*

MTirtasaputra@FoxRothschild.com
*E-Mail Address*

of

FOX ROTHSCHILD LLP
10250 Constellation Blvd, Ste. 900
Los Angeles, CA 90067

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☒ not be refunded.

Dated   April 26, 2023

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1